UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THOMAS V. RODEN,

    Plaintiff,

    v.                                        Case No. 02-C-922

KRONE NIEMEYER COMPANY
n/k/a KRONE NA INC.,

    Defendant.

---

## ORDER

---

On July 6, 2005, this court granted the defendant's motion for summary judgment and dismissed this patent infringement action. Judgment was entered accordingly the following day. On July 21, 2005, the defendant filed a motion seeking to have this case declared exceptional and to have attorney's fees awarded. On August 8, 2005, the plaintiff, through his newly retained counsel (Roden had been proceeding pro se), requested that the time in which to respond to the defendant's motion be extended by sixty (60) days. In support of the request, plaintiff's counsel state that they have only recently been introduced to this case and cannot adequately respond to the defendant's motion by August 11, 2005, the day on which the response is due. The plaintiff's motion is granted in part. The plaintiff shall file his response to the defendant's motion to have this case declared exceptional and to have fees awarded <u>on or before September 30, 2005</u>.

    **SO ORDERED** this <u>8th</u> day of August 2005, at Milwaukee, Wisconsin.

                                          <u>/s/ William E. Callahan, Jr.</u>
                                          WILLIAM E. CALLAHAN, JR.
                                          United States Magistrate Judge